```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0007--CV (JKS)
                "DOREEN MATOOMEALOOK ET AL V USA"

       Including terminated parties, excluding terminated counsel


 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 01/10/05
           Closed: NO

    Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice

          Origin: (1) Original Proceeding
          Demand: 9999
      Filing fee: Paid $150.00 on 01/10/05 receipt # 00124827
        Trial by: Court


Parties of Record:                        Counsel of Record:

PLF 1.1           MATOOMEALOOK, DOREEN      William G. Azar
                                            William G. Azar PC
                                            800 E. Dimond Boulevard
                                            Suite 3-440
                                            Anchorage, AK 99515-2028
                                            907-344-3434

PLF 2.1           KASAK, NICKOLUS T.        William G. Azar
                                            (see above)

PLF 3.1           KASAK, DAVID JR.          William G. Azar
                                            (see above)

DEF 1.1           UNITED STATES OF AMERICA  Richard L. Pomeroy
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0007--CV (JKS)
                          "DOREEN MATOOMEALOOK ET AL V USA"

                                   For all filing dates


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 01/10/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

             Origin: (1) Original Proceeding
             Demand: 9999
         Filing fee: Paid $150.00 on 01/10/05 receipt # 00124827
           Trial by: Court


Document #  Filed       Docket text

     1 -  1  01/10/05   Complaint filed; Summons issued.

  NOTE -  1  01/11/05   Issued: amended summons re: USA and Atty Gen.

     2 -  1  02/15/05   PLF 1-3 Return of Service Executed re: Atty Gen on 1/18/05; Atty Gen
                        amended summons on 1/21/05; US Atty on 1/11/05; US Atty amended summons
                        on 1/17/05.

     3 -  1  03/11/05   DEF 1 Answer to Complaint.

     4 -  1  03/14/05   JKS Minute Order parties notice declining to participate in an ENE due
                        3/29/05. cc: cnsl, Judge von der Heydt

     5 -  1  03/29/05   PLF 1-3; DEF 1 Objections (declination) of participation in ENE.

     6 -  1  03/30/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

     7 -  1  04/28/05   PLF 1-3; DEF 1 Scheduling and Planning Conference Report

     8 -  1  05/04/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 12/30/05; Dispositive motions deadline 01/30/06; Estimate of
                        trial 3 days; TBC. cc: cnsl

     9 -  1  06/02/05   PLF 1-3 Preliminary Witness List.

    10 -  1  09/19/05   PLF 1-3; DEF 1 Stipulation to ext pretrial order ddlns by 120 days.

    11 -  1  09/21/05   JKS Order granting stipulation to ext pretrial order ddlns by 120 days
                        (10-1) & setting the following dates: Dispositive motions deadline
                        05/30/05. cc: cnsl

    12 -  1  09/28/05   PLF 1-3 Final Witness List.

    13 -  1  11/03/05   PLF 1-3; DEF 1 motion (joint) for judicial settlement conference.

    14 -  1  11/18/05   JWS Order granting mot (joint) for judicial sett conf (13-1) before
                        Judge Holland; sealed settl conf memos to be lodged w/clk by 1/3/06 @
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0007--CV (JKS)
                        "DOREEN MATOOMEALOOK ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 4:00 p.m. to attention of Judge Holland; settl conf set 1/12/06 @ 1:30 p.m.. cc: cnsl, Judge Holland |