- 1 -

# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DOREEN MATOOMEALOOK | v. | UNITED STATES OF AMERICA |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   A05cv0007 (JKS) |

Deputy Clerk                              Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      A settlement conference was held in this case on January 12, 2006. A settlement was not reached; however, counsel will have further discussions on or before January 19, 2006, and report to the settlement judge by January 23, 2006.