DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOREEN MATOOMEALOOK, individually, and as parent of NICKOLUS T. KASAK and DAVID KASAK, JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-007-JKS<br><br>**UNITED STATES' NOTICE REGARDING SETTLEMENT** |

    The parties hereby file this notice to inform the Court that the parties have reached a negotiated settlement of the claims in this action, subject to the approval of the settlement of the minor's claim by a state probate judge. The parties anticipate approval of the minor's settlement should be obtained within the next ninety (90) days. The parties propose to file a status report within ninety (90) days if closing documents are not filed.

//
//
//
//

Respectfully submitted this 25th day of January, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031


**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2006,
a copy of the foregoing UNITED STATES'
NOTICE REGARDING SETTLEMENT
was served electronically on Frank J. Schlehofer.

s/ Richard L. Pomeroy