**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DOREEN MATOOMEALOOK, et al.   v.   UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                    CASE NO.  3:05-cv-00007-JKS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 26, 2006

      This case has settled.  See Clerk's Docket 16.  Closing papers will please be filed by May 26, 2006, otherwise the parties shall file a status report by that date.

[]{IA.WPD*Rev.12/96}