DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOREEN MATOOMEALOOK, individually, and as parent of NICKOLUS T. KASAK and DAVID KASAK, JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00007-JKS<br><br>**STATUS REPORT** |

    Defendant hereby files this status report in accordance with this Court's Order at Docket No. 17.

    The Plaintiffs obtained approval of the settlement of the minor's claim by a state probate judge on March 16, 2006. The final, signed compromise and release was received by the Defendant on April 4, 2006. The release was forwarded with a request for payment to the Judgment Fund of the U.S. Department of Treasury on April 14, 2006. The request for payment was received by the Judgment Fund and payment has been approved. However, a software

conversion has created a backlog of payment requests and a delay in making the payment. It is anticipated that the payment will be processed for payment, and funds wire transferred to counsel's trust account, within the next 60 days.

Respectfully submitted this 25th day of May, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2006,
a copy of the foregoing STATUS REPORT
was served electronically on

Frank J. Schlehofer
Law Offices of William G. Azar

s/ Richard L. Pomeroy