DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| DOREEN MATOOMEALOOK, individually, and as parent of NICKOLUS T. KASAK and DAVID KASAK, JR., individually, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 3:05-cv-00007-JKS <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |
|---|---|

The parties, via undersigned counsel, stipulate that this matter has been resolved via negotiated settlement and that this action should be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

Respectfully submitted this 13th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

Date: 13 June 2006

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

Date: 6/12/06

FRANK J. SCHLEHOFER
Law Offices of William G. Azar
Attorney for Plaintiffs