IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOREEN MATOOMEALOOK, individually, and as parent of NICKOLUS T. KASAK and DAVID KASAK, JR., individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:05-cv-00007-JKS<br><br>**ORDER** |

 The Court, having considered the parties' Stipulation for Dismissal, hereby ORDERS that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

 June 14, 2006          /s/James K. Singleton
Date:               JAMES K. SINGLETON
                 United States District Court Judge